UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

GILBERT J. PLACENCIA & ABELLA M. PLACENCIA,

Debtor(s).

Case No. 09-13286-KAO

Chapter 13

STIPULATION AND ORDER ON MOTION FOR RELIEF FROM STAY BY EQUITY RESIDENTIAL PROPERTY MANAGEMENT CORP

## STIPULATION

Gilbert J Placencia and Abella M Placencia ("Debtors") by and through their attorneys, Christina Latta Henry and Seattle Debt Law, LLC, and Equity Residential Property Management Corp ("Equity Residential") by and through their attorneys, Randall W. Redford, hereby stipulate as follows:

1. In response to Equity Residential's Motion for Relief from Stay, the Debtors tendered $4,770.00 in certified funds to Equity Residential on or before July 15, 2009. The parties to this agreement stipulate that Equity Residential may keep those funds and apply them to the post-petition arrears owing to Equity Residential.

STIPULATION AND ORDER ON MOTION FOR RELIEF FROM
STAY BY EQUITY RESIDENTIAL PROPERTY MANAGEMENT
CORP (09-13286-KAO) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE,. SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

2. The Debtors and Equity Residential have also agreed to have the Chapter 13 Trustee disburse an immediate payment to Equity Residential in the amount of $4,716.00 (two months rent) to cure additional post-petition rent owing to Equity Residential.

3. The balance of pre-petition and post-petition rent owing to Equity Residential will be paid through the Chapter 13 Plan at 100% to cure the remaining balance on the lease and the lease is assumed.

4. The on-going payments to Equity Residential will be paid through the Chapter 13 Plan for August 2009 going forward until the end of the lease.

5. The Debtors and Equity Residential stipulate to that the Chapter 13 Trustee should disburse, before confirmation, to Equity Residential, for post-petition payments notwithstanding any delay in entry of the order confirming Debtor's Chapter 13 Plan.

6. The Debtors must remain current on Chapter 13 Plan Payments from August 1, 2009.

7. If the Debtor does not remain current on Chapter 13 Plan Payments, Equity Residential may file for an ex-parte order for relief from stay upon five days written notice to Debtor's Counsel.

## ORDER

THIS MATTER having come on for hearing upon the stipulation of the Debtors and the Equity Residential, and the Court having reviewed the stipulation filed by the parties, and the Chapter 13 Trustee, K. Michael Fitzgerald. The Court being fully advised, NOW THEREFORE IT IS HEREBY:

STIPULATION AND ORDER ON MOTION FOR RELIEF FROM
STAY BY EQUITY RESIDENTIAL PROPERTY MANAGEMENT
CORP (09-13286-KAO) - 2

SEATTLE DEBT LAW, LLC
705 SECOND AVE,. SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

ORDERED that, upon entry of this order, the Chapter 13 Trustee shall make an immediate disbursement of funds to Equity Residential in the amount of $4,770.00 from proceeds on hand, notwithstanding any delay in entry of an order confirming Debtor's Chapter 13 Plan.

IT IS FURTHER ORDERED that Equity Residential is allowed to keep the $4,770.00 in certified funds tendered by the Debtor to Equity Residential for post-petition arrears.

IT IS FURTHER ORDERED that the Debtor's Lease with Equity Residential is assumed and that Equity Residential will file an amended proof of claim on or before July 31, 2009 for any remaining unpaid pre-petition or post-petition amounts owing on the lease. Any remaining unpaid portion will be paid in full at 100% through the Chapter 13 Plan.

IT IS FURTHER ORDERED that the Trustee is authorized to disburse funds on hand as well as funds received in the future to Equity Residential for post-petition payments as provided in the filed proof of claim.

IT IS FURTHER ORDERED that the Trustee is authorized to deduct from amounts received the customary trustee's fee before disbursement to this or any other creditor.

IT IS FURTHER ORDERED that if the Debtors do not remain current on their Chapter 13 Plan from August 1, 2009 going forward, Equity Residential may file for an ex-parte order for relief from stay upon five days written notice to Debtor's Counsel.

DATED THIS ___ day of July, 2009.

_____
The Honorable Karen A. Overstreet

STIPULATION AND ORDER ON MOTION FOR RELIEF FROM
STAY BY EQUITY RESIDENTIAL PROPERTY MANAGEMENT
CORP (09-13286-KAO) - 3

SEATTLE DEBT LAW, LLC
705 SECOND AVE,.SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

Presented by:

/s/ Christina Latta Henry
Christina Latta Henry, WSBA# 31273
Attorney for Debtor

Approved as to form and content:
Notice of Presentation waived:

_____
Randall W. Redford, WSBA# 21529
Attorney for Equity Residential

STIPULATION AND ORDER ON MOTION FOR RELIEF FROM
STAY BY EQUITY RESIDENTIAL PROPERTY MANAGEMENT
CORP (09-13286-KAO) - 4

SEATTLE DEBT LAW, LLC
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148