The Honorable Karen A Overstreet
Chapter 13
Hearing Date: June 16, 2010
Hearing Time: 9:30 AM
Hearing Location: US Courthouse, Seattle, Washington
Response Due Date: **June 9, 2010**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

GILBERT J. PLACENCIA and ABELLA M. PLACENCIA,

Debtor(s).

Case No. 09-13286 KAO

Chapter 13

ORDER AUTHORIZING PAYMENT OF DEBTORS' ORIGINAL APPLICATION FOR REIMBURSEMENT OF FEES & COSTS

THIS MATTER having come before the Court upon the Application of Debtor(s) attorneys and the Court having reviewed the Application, and having reviewed the files and records herein, deeming itself advised in the premises, it is now therefore

ORDERED, ADJUDGED and DECREED as follows:

1. Original attorneys' fees and costs of $13,760.60 are hereby approved as an administrative expense pursuant to 11 U.S.C. 503(b). The fees and costs are reasonable and were necessary and beneficial to the estate.

2. At this time Debtors' attorney has been paid $2,200 of the no look fee and is still holding $N/A in trust pending approval of this fee application.

ORDER AUTHORIZING PAYMENT OF DEBTORS' FEES AND COSTS - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

3. The outstanding balance of approved fees and costs, totaling $11,560.60 shall be paid through the plan prior to all other claims and creditors, excluding the Chapter 13 Trustee.

DONE this \_\_\_\_ day of June 2010.

*Karen A. Overstreet*
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC


    */s/ Christina Latta Henry*
Christina Latta Henry, WSBA 31273
Attorney for Debtor(s)

ORDER AUTHORIZING PAYMENT OF DEBTORS' FEES AND COSTS - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206)447-0115

Case 09-13286-KAO    Doc 137    Filed 06/10/10    Entered 06/10/10 08:29:12    Page 2 of 2